AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### Southern District of Georgia

Luke Woodard

**SUMMONS IN A CIVIL CASE**

V.

Tyler Durham Brown
Alton Rabok Payne

CASE NUMBER:

TO: (Name and address of Defendant)

Alton Rabok Payne
247 Industrial Way North
Dallas, GA 30132

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Monroe

9640 Coleman Road

Roswell, GA 30075

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                     DATE  11/5/08

(By) DEPUTY CLERK

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

Luke Woodard

**SUMMONS IN A CIVIL CASE**

V.

Tyler Durham Brown
Alton Rabok Payne

CASE NUMBER:

-HL

TO: (Name and address of Defendant)

Tyler Durham Brown
247 Industrial Way North
Dallas, GA 30132

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Monroe

9640 Coleman Road

Roswell, GA 30075

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James N. Hatten                              11/5/08

CLERK                                         DATE

(By) DEPUTY CLERK

GAS Rev 1/31/02