AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/10/2008 |
| NAME OF SERVER (PRINT) Marius Lehaci | TITLE Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 247 Industrial Way North Dallas, GA 30132

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL — | SERVICES 75— | TOTAL 75— |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/13/08
Date

Signature of Server: Marius Lehaci

Address of Server: 9640 Coleman Rd Roswell GA 30075

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Return of Service on Alton Rabok Payne via U.S. Mail on November 13, 2008 upon:

Tyler Durham Brown
247 Industrial Way North
Dallas, GA  30132

Alton Rabok Payne
247 Industrial Way North
Dallas, GA  30132

/s/ John R. Monroe
John R. Monroe